IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-00504-AP

Pauline Carter,

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Frederick W. Newall
703 N. Weber, #101
Colorado Springs, CO  80903
719-633-5211
fnewall@qwestoffice.net

For Defendant:

John F. Walsh
United States Attorney

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel

J.B. García
Assistant United States Attorney
District of Colorado

Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-0815
stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A.   **Date Complaint Was Filed:**                                February 26, 2013
B.   **Date Complaint Was Served on U.S. Attorney's Office:** March 11, 2013
C.   **Date Answer and Administrative Record Were Filed:**   May 9, 2013

## 4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states to the best of her knowledge that the administrative record is complete and accurate. She further states that she may request to supplement the record upon closer examination.

Defendant states to the best of her knowledge that the administrative record is complete and accurate. Defendant further asserts that evidence that was not before the agency when it issued its final decision is not relevant to the issue before this Court and requests the opportunity to respond to Plaintiff's request to supplement the record, should Plaintiff make such a request.

## 5.   STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

This case is on appeal from a decision issued on remand from this court. On August 20, 2009, Judge Kane remanded Plaintiff's prior case, 09-cv-505-AP (D. Colo.), pursuant to sentence four of 42 U.S.C. § 405(g).

## 8.         BRIEFING SCHEDULE

The parties request the following briefing schedule:

A.   **Plaintiff's Opening Brief Due:**                       **July 11, 2013**

B.   **Defendant's Response Brief Due:**                     **August 10, 2013**

C.   **Plaintiff's Reply Brief (If Any) Due:**               **August 24, 2013**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.

B.   **Defendant's Statement:** Defendant does not request oral argument.

2

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.      () All parties have consented to the exercise of jurisdiction of a
         United States Magistrate Judge.

B.      (X) All parties have not consented to the exercise of jurisdiction of a
         United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST
COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE
MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS
OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only*
*upon a showing of good cause.*

DATED this 30th day of May, 2013.

                                                    BY THE COURT:

                                                    s/      John L. Kane
                                                    _____
                                                    U.S. DISTRICT COURT JUDGE


APPROVED:                                           UNITED STATES ATTORNEY


/s/ Frederick W. Newall                             /s/ Stephanie Lynn F. Kiley
_____                             _____
Frederick W. Newall                                 By: Stephanie Lynn F. Kiley
730 N. Weber, #101                                  Special Assistant U.S. Attorney
Colorado Springs, CO 80903                          Social Security Administration
719-633-5211                                        1001 17th Street, Sixth Floor
fnewall@qwestoffice.net                             Denver, CO 80202
Attorney for Plaintiff                              303-844-0815
                                                    stephanie.kiley@ssa.gov

                                                    Attorneys for Defendant.